IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY VONDAVID and MICHAEL VONDAVID, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 04-0298-CV-W-HFS ) ) |
| BLUE SPRINGS FORD SALES, INC., | ) ) |
| Defendant. | ) |

**MEMORANDUM TO COUNSEL**

By an order dated June 27, 2005, plaintiff's claim under the Magnuson-Moss Consumer Warranty Act was dismissed, and the action was remanded to the Circuit Court of Jackson County, Missouri. However, defendant was permitted to recoup expenses incurred in defending against this claim.

On July 7, 2005, defendant filed its affidavit for expenses. Plaintiffs will, therefore, be permitted to file a response on or before July 18, 2005, and defendant may file a reply on or before July 29, 2005.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 8, 2005

Kansas City, Missouri